PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Katina M. Sweeney                                    Docket No. 5:10-M-1514-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting an official report upon the conduct of defendant, Katina M. Sweeney, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Fayetteville, NC, on the 6th day of October, 2010, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Refrain from any use of alcohol.

- Submit to any method of testing required by the supervising officer for determining whether the defendant is using a prohibited substance.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 12, 2010, the defendant reported to the probation office and voluntarily admitted that she consumed alcohol on October 11, 2010, while watching a ball game. She stated she realized after reviewing her conditions of release again that she was to refrain from any use of alcohol. She further advised that she is dealing with significant personal issues regarding her marriage and children, and has requested counseling in an effort to better deal with these matters. Based upon this information, it is respectfully requested that her conditions of release be modified to include mental health counseling as recommended, drug and/or alcohol treatment if deemed necessary, and that she refrain from the use of any narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner.

**PRAYING THAT THE COURT WILL ORDER** a modification of the defendant's conditions of release to include the following conditions:

- Undergo a mental health evaluation and counseling if recommended.

Katina M. Sweeney
Docket No. 5:10-M-1514-1
Petition For Action
Page 2

- Refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling, if the pretrial services officer or supervising officer considers it advisable.

Reviewed and approved,                          I declare under penalty of perjury that the
                                                foregoing is true and correct.

/s/ Robert L. Thornton                          /s/Debbie W. Starling

Robert L. Thornton                              Debbie W. Starling
Supervising U.S. Probation Officer              U.S. Probation Officer

                                                310 Dick Street
                                                Fayetteville, NC 28301-5730
                                                Phone: (910) 483-8613
                                                Executed On: October 28, 2010

## ORDER OF COURT

Considered and ordered this _2ⅰ_ day of _October_ , 2010, and ordered filed and made a part of the records in the above case.

_Robert Jones Jr._

Robert B. Jones, Jr.
U.S. Magistrate Judge